IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLESTER BILLS**                                                                   **PLAINTIFF**

v.                   CASE NO. 3:17CV00038 BSM

**DOE,**
**Owner, Cita Grove Trailer Park**                                      **DEFENDANT**

## ORDER

Plaintiff Clester Bills's case is dismissed without prejudice because he failed to file a complete application to proceed *in forma pauperis* within thirty (30) days of the March 10, 2017, order [Doc. No. 3] advising him that his failure to respond to communications from the court may result in dismissal of his case. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 28th day of April 2017.

                                                                                         UNITED STATES DISTRICT JUDGE