IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLESTER BILLS**                                                                               **PLAINTIFF**

v.                              **CASE NO. 3:17CV00038 BSM**

**DOE,**
**Owner, Cita Grove Trailer Park**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 28th day of April 2017.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE